526 P.3d 955 (Mem)
In re: The PEOPLE of the State of Colorado, Plaintiff,
v.
Jacob WOODSIDE, Defendant.
Supreme Court Case No: 2023SA30
Supreme Court of Colorado.
Date Filed: January 25, 2023
ORDER AND RULE TO SHOW CAUSE
Upon consideration of the In Re: People v. Jacob Woodside filed in the above entitled action and matter, and being sufficiently advised in the premises,
IT IS ORDERED that a Rule to Show Cause issue out of this court. Therefore, Respondents, The People of the State of Colorado and Weld County Court are directed to answer, in writing, on or before February 22, 2023, why the relief requested in the petition should not be granted.
IT IS FURTHER ORDERED that Petitioner, Jacob Woodside, has 21 days from receipt of the answer within which to reply.
Pursuant to C.A.R. 21(f)(2), all further proceedings are stayed until further order of this court.